UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT BROWN,

   Plaintiff,

v.                                               CASE NO.:  3:17-cv-318-J-25PDB

AMERICAN CREDIT ACCEPTANCE, LLC,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Robert Brown, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a settlement of this matter. Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

     Respectfully submitted this 21st day of July, 2017.

                                                         /s/ Jared M. Lee
                                                         Jared M. Lee, Esquire
                                                         Florida Bar No.:  0052284
                                                         Morgan & Morgan, Tampa, P.A.
                                                         20 N. Orange Ave., Ste. 1600
                                                         Orlando, FL 32801
                                                         Tele:  (407) 420-1414
                                                         Fax:  (407) 245-3485
                                                         Email:  JLee@ ForThePeople.com
                                                                          MRathbun@ForThePeople.com
                                                         *Counsel for Plaintiff(s)/Claimant(s)*

## CERTIFICATE OF SERVICE

I hereby certify on this 21st day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

Matthew Mitchell, Esquire
Burr & Forman LLP
201 N. Franklin Street, Ste. 3200
Tampa, FL 33602
Tel:  813.221.2626
Fax:  813.221.7335
Email:  mmitchell@burr.com
         cwingate@burr.com
         flservice@burr.com
*Counsel for Defendant(s)/Respondent(s)*

                                            */s/ Jared M. Lee*
                                            Jared M. Lee, Esquire